**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CARLA M. ALLENDE QUILES,

                      Plaintiff,             24 **CIVIL** 8757 (AEK)

    -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 6, 2025, that the Commissioner's decisions be, and hereby is, reversed and that this action be and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. Section 405(g). On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:** New York, New York

       June 6, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                          **BY:**        *K. Mango*

                                                     **Deputy Clerk**